FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2021
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America PLAINTIFF | CASE NUMBER 8:21-cr-00081-JLS |
| v. MUSTAFA QADIRI DEFENDANT(S). | **DESIGNATION AND APPEARANCE OF COUNSEL** |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint BILAL ESSAYLI, Esquire, as my attorney to appear for me throughout all proceedings in this case.

MAY 7, 2021
*Date*

[signature]
*Defendant's Signature*

SANTA ANA, CA
*City and State*

## APPEARANCE OF COUNSEL

I, BILAL ESSAYLI Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

MAY 7, 2021
*Date*

*Attorney's Signature*

273441
*California State Bar Number*

18191 VON KARMAN AVE. #100
*Street Address*

IRVINE, CA 92612
*City, State, Zip Code*

949-508-2982
*Telephone Number*

949-508-2981
*Fax Number*

bessayli@essaylibrown.com
*E-mail Address*